Nicole M. Goodwin, SBN 024593
goodwinn@gtlaw.com
Matthew P. Hoxsie, SBN 034952
hoxsiem@gtlaw.com
GREENBERG TAURIG, LLP
Attorneys at Law
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Fax: (602) 445-8100

David Jay (*pro hac vice*)
jayd@gtlaw.com
GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park NJ 07932
Telephone: (973) 360-7900
Fax: (973) 301-8410

*Attorneys for Community Care Health Network, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anne Vitasek and Joseph Mizrahi, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>Community Care Health Network, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:19-cv-05722-SPL<br><br>**STIPULATION OF DISMISSAL** |

　　　Plaintiffs Anne Vitasek and Joseph Mizrahi (collectively "Plaintiffs") and Defendant Community Care Health Network, LLC ("Defendant") hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees. Plaintiffs' claims are dismissed with prejudice and the claims of the unnamed putative class members are dismissed without prejudice.

　　　A proposed form of order is submitted herewith.

57423398

DATED this 11th day of May, 2021.

           GREENBERG TRAURIG, LLP

           By: */s/ Nicole M. Goodwin*
                Nicole M. Goodwin
                David Jay (*pro hac vice*)
                Matthew P. Hoxsie
                *Attorneys for Community Care Health Network, LLC*

           HIRALDO, P.A.

           By: */s/ Manuel S. Hiraldo w/permission*
                Manuel S. Hiraldo (*pro hac vice*)

                Ignacio J. Hiraldo (p*ro hac vice*)
                IJH LAW

                Ari H. Marcus (p*ro hac vice*)
                Yitzchak Zelman (p*ro hac vice*)
                MARCUS & ZELMAN, LLC

                *Attorneys for Plaintiffs*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

57423398

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on May 11, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ignacio J. Hiraldo (p*ro hac vice*)
IJH LAW
1200 Brickell Avenue, Suite 1950
Miami, FL 33131
ijhiraldo@ijhlaw.com

Manual S. Hiraldo (p*ro hac vice*)
HIRALDO P.A.
401 East Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
mhiraldo@hiraldolaw.com

Ari H. Marcus (p*ro hac vice)*
Yitzchak Zelman (p*ro hac vice)*
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
yzelman@marcuszelman.com

*Attorneys for Plaintiff*

By: /s/
    Employee, Greenberg Traurig, LLP

3

57423398