IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anne Vitasek, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Community Care Health Network LLC,<br><br>　　　　Defendant. | No. CV-19-05722-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 48) is **granted**;

2. That Plaintiff's claims are **dismissed with prejudice**;

3. That the unnamed putative class members' claims are dismissed **without prejudice**;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall terminate this action.

Dated this 12th day of May, 2021.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge